# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | ORDER |
| VS. ) | 8:99CR-227 |
| ) | |
| ) | |
| DARRELL COLEMAN ) | |

Pursuant to a report from Senior U.S. Probation Officer Ron Scheidt ,District of Nebraska, dated November 17,2005, the defendant does not have the financial ability to pay the cost of supervised release. It is therefore ordered that the requirement for Darrell Coleman to pay the cost of supervised release, past and future payments, is hereby waived.

BY THE COURT,

Joseph F. Bataillon, Chief
U.S. District Judge

DATE 11/21/05